**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Randy Anderson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Coca-Cola Enterprises, Inc., | ) | Case No. 4:08-cv-039 |
| | ) | |
| Defendant. | ) | |

Before the court is the Defendant's motion for attorney William G. Trumpeter to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Trumpeter has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, the Defendant's motions (Docket No. 5) is **GRANTED**. Attorney William G. Trumpeter is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2008.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge