UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Randy Anderson, | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:08-cv-039 |
| Coca-Cola Enterprises, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the parties' "Joint Stipulation for Referral to Arbitration and for Stay of Further Proceedings" filed on June 24, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 16). The Clerk of Court is directed to administratively close this file. The parties may petition the Court to reopen this matter in accordance with the terms of the stipulation.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2008.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court